**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02105-REB-MJW

COLORADO CHRISTIAN UNIVERSITY.

    Plaintiff,

v.

KATHLEEN SEBELIUS, Secretary, U.S. Department of Health and Human Services, et al.,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Plaintiff's Motion For Partial Summary Judgment and Memorandum in Support** [#24] and the **Statement of Undisputed Facts in Support of Plaintiff's Motion For Summary Judgment** [#25] both filed September 28, 2013. Both the motion and the statement are **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.2. These page limitations shall include the motion, cover page, jurisdictional statement, **statement of facts**, procedural history, argument, closing, signature block, and all other matters, except for certificate of service.

    Dated: September 30, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.