IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02105-REB-MJW

COLORADO CHRISTIAN UNIVERSITY,

Plaintiff,

v.

KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
THOMAS PEREZ, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
JACOB LEW, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Government's Motion for a Stay in Light of Lapse of Appropriations and to Merge Deadlines (Docket No. 28) is GRANTED for good cause shown. All current deadlines in this matter are STAYED pending further order of the court.

It is FURTHER ORDERED that the Scheduling Conference set for October 4, 2013 at 9:00 a.m. is VACATED. The Government is directed to notify the court as soon as Congress has appropriated funds. Upon such notice, the court will set forth new deadlines and reset the Scheduling Conference.

Date: October 1, 2013