IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02105-REB-MJW

COLORADO CHRISTIAN UNIVERSITY,

Plaintiff,

v.

KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
THOMAS PEREZ, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
JACOB LEW, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Set Briefing Schedule (Docket No. 32) is GRANTED. Defendants' motion to dismiss or, in the alternative, for summary judgment, and defendants' response to plaintiff's motion for partial summary judgment, shall be due on or before November 4, 2013. Plaintiff's reply in support of its motion for partial summary judgment, and plaintiff's response to defendants' motion to dismiss or, in the alternative, for summary judgment, shall be due on or before November 27, 2013. Defendants' reply in support of its motion to dismiss or, in the alternative, for summary judgment shall be due on or before December 18, 2013.

It is FURTHER ORDERED that the stay put in place by the court's October 1, 2013 Order (Docket No. 30) is VACATED.

Date: October 23, 2013