**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**September 13, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| COLORADO CHRISTIAN UNIVERSITY, | |
| Plaintiff - Appellee, | |
| v. | No. 14-1329 (D.C. No. 1:13-CV-02105-REB-MJW) (D. Colo.) |
| SYLVIA M. BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services, et al., | |
| Defendants - Appellants. | |

_____

### ORDER
_____

Before **MATHESON**, **BACHARACH**, and **MORITZ**, Circuit Judges.
_____

This matter is before the court on the federal parties' *Status Report and Motion for Zubik Order.* We also have a response from Colorado Christian University and a reply from the appellants. In addition, on August 31st the federal parties filed a supplemental authority pursuant to Fed. R. App. P. 28(j). On September 2nd the appellee filed a response.

Upon review, we lift the current abatement of the appeal to the extent necessary to consider these materials. In doing so, we GRANT the federal parties' motion to issue an order that is materially identical to the order issued in the *Zubik* case. *See Zubik v. Burwell*, 136 S.Ct. 1557 (2016). We further order as follows:

Nothing in this court's prior opinions or orders, or in the opinions or orders of the district courts, is to affect the ability of the Government to ensure that women covered by the plaintiff/appellee's health plans "obtain, without cost, the full range of FDA approved contraceptives." *Wheaton College v. Burwell*, 134 S.Ct. 2806, 2807 (2014). Through this litigation, the plaintiff has made the government aware of its view that it meets "the requirements for exemption from the contraceptive coverage requirement on religious grounds." *Id*. Nothing in this court's prior opinions or orders, or in the opinions or orders of the district courts, "precludes the Government from relying on this notice, to the extent it considers it necessary, to facilitate the provision of full contraceptive coverage under the Act." *Ibid*. Because the government may rely on this notice, the Government may not impose taxes or penalties on the plaintiff for failure to provide the relevant notice.

Finally, upon issuance of this order we once again continue the abatement of this appeal. The parties shall file additional status reports on or before October 25, 2016.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk