**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**October 18, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| COLORADO CHRISTIAN UNIVERSITY,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>THOMAS E. PRICE, in his official capacity as Secretary of the United States Department of Health and Human Services; EDWARD HUGLER, in his official capacity as Acting Secretary of the United States Department of Labor; STEVEN MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>   Defendants - Appellants. | No. 14-1329<br>(D.C. No. 1:13-CV-02105-REB-MJW)<br>(D. Colo.) |

_____

**ORDER**
_____

Appellants' motion for voluntary dismissal of this matter is granted. *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk