**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02105-REB-MJW

COLORADO CHRISTIAN UNIVERSITY,

    Plaintiff,

v.

ALEX AZAR, Secretary, U.S. Dep't of Health and Human Services, *et al.*,

    Defendants.

## ORDER FOR ENTRY OF FINAL JUDGMENT

**Blackburn, J.**

The matter before me is the **Colorado Christian University's Unopposed Motion for Entry of Final Judgment** [#85],[1] filed July 25, 2018. I reopen this case for the purpose of granting the motion and entering judgment in plaintiff's favor.

**THEREFORE, IT IS ORDERED** as follows:

1. That this matter is reopened for the purpose of entering judgment;

2. That the **Colorado Christian University's Unopposed Motion for Entry of Final Judgment** [#85], filed July 25, 2018, is granted;

3. That judgment shall enter in favor of plaintiff and against defendants as to Count I of the Complaint (violation of the Religious Freedom Restoration Act);

---

[1] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      4.  That plaintiff's remaining claims for relief, Counts II–XVI of the Complaint, are hereby dismissed without prejudice;

      5.  That plaintiff is awarded its costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

      6. That plaintiff shall file its bill of costs and any motion for attorney fees on or before September 24, 2018.

      Dated, July 26, 2018, at Denver, Colorado.

      **BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge