**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02105-REB-MJW

COLORADO CHRISTIAN UNIVERSITY,

    Plaintiff,

v.

ALEX AZAR, Secretary, U.S. Dep't of Health and Human Services, et al.,

    Defendants.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order for Entry of Final Judgment [ECF 86] entered by United States District Judge Robert E. Blackburn on July 26, 2018, which granted Colorado Christian University's Unopposed Motion for Entry of Final Judgment [ECF 85], it is

ORDERED that judgment is entered in favor of plaintiff and against defendants as to Count I of the Complaint (violation of the Religious Freedom Restoration Act). It is further

ORDERED that plaintiff's remaining claims for relief, Counts II-XVI of the Complaint, are dismissed without prejudice. It is further

ORDERED that plaintiff is awarded its costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that plaintiff shall file its bill of costs and any motion for attorney fees on or before September 24, 2018.

DATED at Denver, Colorado, this 27th day of July, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/L.Roberson
      L. Roberson
      Deputy Clerk