IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| COLORADO CHRISTIAN UNIVERSITY,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALEX AZAR, Secretary,<br>United States Department of<br>Health and Human Services, *et al.*,<br><br>    *Defendants*. | No. 1:13-cv-02105-REB-MJW<br><br>Honorable Robert E. Blackburn |

## NOTICE

Further to the Court's order extending time, Plaintiff Colorado Christian University hereby notifies the Court that it will not file a fee motion, as the parties have resolved the matter.

January 24, 2019

Respectfully submitted,

/s Eric C. Rassbach
Eric C. Rassbach
Eric S. Baxter
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
ebaxter@becketlaw.org

*Attorneys for Plaintiff Colorado Christian University*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Court's ECF system on January 24, 2019, and was thereby electronically served on counsel for Defendants.

/s Eric C. Rassbach
Eric C. Rassbach
*Counsel for Plaintiff*